O

# United States District Court
# Central District of California

| | |
|---|---|
| GEORGE ENGASSER,<br><br>        Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC., et al.,<br><br>        Defendants. | Case № 2:19-cv-07973-ODW (PLAx)<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT [14]** |

      Defendant Tetra Tech, Inc., moves for leave to file a Third-Party Complaint ("Motion"). (Mot. for Leave ("Mot."), ECF No. 14.) In Defendant's proposed Third-Party Complaint, Defendant seeks to assert six claims against nonparty Mechoopda Cultural Resource Preservation Enterprise ("MCRPE") and one claim against Plaintiff and MCPRE. (*See* Mot., Ex. A ¶¶ 64–66.) Defendant noticed the hearing for January 13, 2020, and thus any opposition was due no later than December 23, 2019. *See* C.D. Cal. L.R. 7-9. The time for briefing has now closed. *See* C.D. Cal. L.R. 7-9, 7-10. To date, the Court has received no opposition to Defendant's Motion. After carefully considering the papers filed in connection with the Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

Federal Rule of Civil Procedure 14(a) provides "[a] defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." Fed. R. Civ. P. 14(a)(1). By its terms, a third-party complaint may only be brought against a nonparty. Here, however, Defendant's proposed Third-Party Complaint also asserts a claim for declaratory relief against Plaintiff, a party to this action. Accordingly, Defendant's Motion is **DENIED** without prejudice. (ECF No. 14.)

**IT IS SO ORDERED.**

January 3, 2020

_____
       **OTIS D. WRIGHT, II
       UNITED STATES DISTRICT JUDGE**