AKERMAN LLP
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ENGASSER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TETRA TECH, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07973-ODW (PLA)<br><br>Assigned to Hon. Otis D. Wright, II, United States District Judge<br><br>Assigned to Hon. Paul L. Abrams, Magistrate Judge<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: Sept. 13, 2019 Trial Date: April 27, 2021 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: ___March 12___, 2020

*Paul L. Abrams*
_____
HON. PAUL L. ABRAMS
United States Magistrate Judge