Michael A. Strauss, SBN 246718
mike@strausslawyers.com
Andrew C. Ellison, SBN 283884
andrew@strausslawyers.com
**STRAUSS & STRAUSS, APC**
226 W. Ojai Avenue #101-325
Ojai, CA 93023
Telephone: (805) 641-6600
E-mail:  mike@strausslawyers.com

Attorneys for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ENGASSER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07973-ODW (PLA)<br>*Assigned to the Hon. Otis D. Wright, II*<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

WHEREAS, Plaintiff GEORGE ENGASSER and Defendant TETRA TECH, INC., have resolved their dispute in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants as follows:

1.  All of Plaintiff's individual claims against Defendant TETRA TECH, INC. are hereby dismissed with prejudice.

2.  The class and collective allegations in Case No. 12:19-cv-07973-ODW-PLA are dismissed without prejudice.

3.  This court will retain jurisdiction to enforce the settlement agreement.

4.  Each party shall bear his/its own attorneys' fees and costs incurred herein.

1  **IT IS SO STIPULATED.**

2

3  DATED: February 16, 2021                    **STRAUSS & STRAUSS, APC**

4                                              By:  _/s/ Michael A. Strauss_

5                                                   Andrew C. Ellison

6                                                   Attorneys for Plaintiff and Others
                                                    Similarly Situated

7

8  DATED: February 16, 2021                    **AKERMAN LLP**

9

10                                             By:  _/S/_                              .

11                                                  Damien P. DeLaney
                                                    Zoe J. Bekas

12                                                  Attorneys for Defendant Tetra Tech,
                                                    Inc.

13

14  **IT IS SO ORDERED.**

15

16

17  DATED: _____        _____
                                  _Hon. Otis D. Wright, II_

18                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE DISMISSAL**