JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ENGASSER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07973-ODW (PLA)<br><br>**CLASS ACTION**<br><br>**ORDER RE DISMISSAL** |

## ORDER

The stipulation is approved:

1. All of Plaintiff's individual claims against Defendant TETRA TECH, INC. are hereby dismissed with prejudice.

2. The class and collective allegations in Case No. 2:19-cv-07973-ODW-PLA are dismissed without prejudice.

3. This court will retain jurisdiction to enforce the settlement agreement.

4. Each party shall bear his/its own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED.**

DATED: _February 18, 2021

_____
*Hon. Otis D. Wright, II*
UNITED STATES DISTRICT JUDGE

1
**[PROPOSED] ORDER RE DISMISSAL**